IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LONNIE LEE MANUEL, | ) | No. C 08-0559 WHA (PR) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES D. HARTLEY, E. WEINSTEIN, E. GREENMAN, SAMPATH KUMAR SURYADEVARA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the order of dismissal, a judgment of dismissal is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

IT IS SO ORDERED.

DATED: January  25 , 2011.

_____
WILLIAM ALSUP
United States District Judge

G:\PRO-SE\WHA\E.D. CAL\Manuel559.JUD.wpd